Carolyn Hunt Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
**SCHNEIDER WALLACE
COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com

Christina N. Mirzaie (SBN 333274)
**SCHNEIDER WALLACE
COTTRELL KIM LLP**
515 South Figueroa Street, Suite 1060
Los Angeles, California 90071
Tel: (213) 835-1550; Fax: (415) 421-7105
cmirzaie@schneiderwallace.com

*Attorneys for Plaintiff and the putative Class*

[*Additional Counsel Listed on Next Page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO REYES, on behalf of himself and the Class Members, <br><br> Plaintiff, <br><br> vs. <br><br> BRAND ENERGY SERVICES OF CALIFORNIA, INC.; BRAND INDUSTRIAL SERVICES, INC.; BRAND SCAFFOLD SERVICES, INC.; BRAND INDUSTRIAL HOLDINGS, INC.; BRAND INDUSTRIAL PROJECTS, LLC; BRANDSAFWAY INDUSTRIES LLC; BRANDSAFWAY INDUSTRIES MGMT LLC; BRANDSAFWAY SERVICES LLC; BRANDSAFWAY SOLUTIONS, LLC (DBA BRANDSAFWAY); and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.:3:25-cv-06966-JD <br><br> Assigned to District Judge James Donato <br><br> **JOINT STATUS REPORT** <br><br> Action Filed: August 18, 2025 <br> Trial Date: None Set. |

**SEYFARTH SHAW LLP**
Brian Long (SBN 232746)
bplong@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

**SEYFARTH SHAW LLP**
Reiko Furuta (SBN 169206)
rfuruta@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
BRAND ENERGY SERVICES OF
CALIFORNIA, INC.; BRAND INDUSTRIAL
SERVICES, INC.; BRAND SCAFFOLD
SERVICES, INC.; BRAND INDUSTRIAL
HOLDINGS, INC.; BRAND INDUSTRIAL
PROJECTS, LLC; BRANDSAFWAY
INDUSTRIES LLC; BRANDSAFWAY
INDUSTRIES MGMT LLC; BRANDSAFWAY
SERVICES LLC; BRANDSAFWAY
SOLUTIONS, LLC (DBA BRANDSAFWAY)

Counsel for Plaintiff Sergio Reyes ("Plaintiff"), and Defendants Brand Energy Services of California, Inc.; Brand Industrial Services, Inc.; Brand Scaffold Services, Inc.; Brand Industrial Holdings, Inc.; Brand Industrial Projects, LLC; BrandSafway Industries LLC; BrandSafway Industries MGMT LLC; BrandSafway Services LLC; BrandSafway Solutions, LLC (dba BrandSafway) (collectively, "Defendants"), (hereinafter, "the Parties") submit this Joint Status Report pursuant to the February 25, 2026 Order. *See* Dkt. No. 36.

On February 25, 2026, the Court granted Defendants' Motion to Compel Arbitration and stayed the action pending further order. *See* Dkt. No. 36. Accordingly, on April 14, 2026, Plaintiff commenced individual arbitration. The arbitration hearing date has not yet been set.

Dated: May 26, 2026                         Respectfully submitted,

                                            */s/Christina N. Mirzaie*
                                            Carolyn Hunt Cottrell (SBN 166977)
                                            Ori Edelstein (SBN 268145)
                                            **SCHNEIDER WALLACE**
                                            **COTTRELL KIM LLP**
                                            2000 Powell Street, Suite 1400
                                            Emeryville, California 94608
                                            Tel: (415) 421-7100
                                            Fax: (415) 421-7105
                                            ccottrell@schneiderwallace.com
                                            oedelstein@schneiderwallace.com

                                            Christina N. Mirzaie (SBN 333274)
                                            **SCHNEIDER WALLACE**
                                            **COTTRELL KIM LLP**
                                            515 South Figueroa Street, Suite 1060
                                            Los Angeles, California 90071
                                            Tel: (213) 835-1550; Fax: (415) 421-7105
                                            cmirzaie@schneiderwallace.com

                                            *Attorneys for Plaintiff and the putative Class*

1

Dated: May 26, 2026                    Respectfully submitted,

                                       /s/Brian Long
                                       Brian Long (SBN 232746)
                                       bplong@seyfarth.com
                                       **SEYFARTH SHAW LLP**
                                       601 South Figueroa Street, Suite 3300
                                       Los Angeles, California 90017-5793
                                       Telephone: (213) 270-9600
                                       Facsimile: (213) 270-9601

                                       Reiko Furuta (SBN 169206)
                                       rfuruta@seyfarth.com
                                       **SEYFARTH SHAW LLP**
                                       2029 Century Park East, Suite 3500
                                       Los Angeles, California 90067
                                       Telephone: (310) 277-7200
                                       Facsimile: (310) 201-5219

                                       *Attorneys for Defendants*
                                       BRAND ENERGY SERVICES OF
                                       CALIFORNIA, INC.; BRAND INDUSTRIAL
                                       SERVICES, INC.; BRAND SCAFFOLD
                                       SERVICES, INC.; BRAND INDUSTRIAL
                                       HOLDINGS, INC.; BRAND INDUSTRIAL
                                       PROJECTS, LLC; BRANDSAFWAY
                                       INDUSTRIES LLC; BRANDSAFWAY
                                       INDUSTRIES MGMT LLC; BRANDSAFWAY
                                       SERVICES LLC; BRANDSAFWAY
                                       SOLUTIONS, LLC (DBA BRANDSAFWAY)

JOINT STATUS REPORT
*Reyes, Sergio v. Brand Energy Services of California, Inc., et al,* Case No.: 3:25-cv-06966

**<u>ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)</u>**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.


Dated: May 26, 2026                              */s/Christina N. Mirzaie*
                                                 Christina N. Mirzaie

---

3